AO 440 (Rev. 10/93) Summons in a Civil Action

*C A B - 03 - 2 P*

③

*Celina Corporation*

**RETURN OF SERVICE**

DATE *1-30-03*

Service of the Summons and complaint was made by me[1]

NAME OF SERVER *(PRINT)* *Eddie M Gonzalez*    TITLE *Process Server*

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: *1229 E. Highway 100 Port Isabel TX 78578*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

JAN 3 1 2003

Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *1/30/03*
*1:50 Pm*
    Date

*Eddie M.*    Signature of Server

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

*Address of Server*

United States District Court
Southern District of Texas
RECEIVED

JAN 3 1 2003

Michael N. Milby, Clerk of Court

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure