AO 440 (Rev. 10/93) Summons in a Civil Action

B-03-28

Enriqueta Barrera

## RETURN OF SERVICE

DATE 1-30-03

Service of the Summons and complaint was made by me[1]

NAME OF SERVER (PRINT) Eddie M. Gonzalez     TITLE Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1213 Highway 100 Laguna Heights Tx 78520

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

JAN 31 2003

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

TRAVEL         SERVICES         TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/30/03    Signature of Server: Eddie M. Gonzalez
2:20 pm

Address of Server:
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

United States District Court
Southern District of Texas
RECEIVED

JAN 31 2003

Michael N. Milby, Clerk of Court

Enriqueta Barrera

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure