UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| * WELLS FARGO BANK TEXAS, N.A.<br>PLAINTIFF, | § § § § § § § § § § § | |
| vs. | | CIVIL ACTION NO. B-03-028 |
| CELINA CORPORATION,<br>ENRIQUETA H. BARRERA and the F/V<br>LUCILA ANN, her engines, nets, tackle<br>apparel, and furniture, etc., *in rem*,<br>DEFENDANT | | IN ADMIRALTY |

## DEFENDANT'S NOTICE OF INITIATION OF BANKRUPTCY CASE AND AUTOMATIC STAY OF ACTION

**YOU ARE HEREBY NOTIFIED** that on Janurary 16, 2003, *ENRIQUETA BARRERA*, et. al. Defendant herein, filed a voluntary petition for relief under Chapter 13 of the Bankuptcy Code. A true copy of such Petition showing the clerk's official file stamp is attached hereto as Exhibit "A".

**YOU ARE FURTHER NOTIFIED** that pursuant to 11 USCS § 362 all parties to this matter are stayed from, among other things:

    1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the filing of a bankruptcy petition, or to recover a claim against the debtor that arose before the commencement of a bankruptcy case;

    2. any act to obtain possession of property of the bankruptcy estate or property of the debtor, or to exercise control and dominion over any such property, wherever located; and

    3. any act to collect, assess, or recover any claim against the bankruptcy estate or the debtor that arose before the date on which the bankruptcy petition was filed.

    Pursuant to the above provisions of 11 USCS § 362, no further proceedings may be had in this action against *ENRIQUETA BARRERA, et al.* pending further Order by the Bankruptcy Court.

    THIS DOCUMENT IS FILED FOR NOTICE PURPOSES ONLY. NOTHING CONTAINED HEREIN SHALL BE CONSTRUED AS ENTRY OF APPEARANCE BY THE UNDERSIGNED ATTORNEY ON BEHALF OF DEFENDANT(S) IN THIS PROCEEDING. THE UNDERSIGNED ATTORNEY REPRESENTS DEFENDANT(S) IN THE BANKRUPTCY PROCEEDING REFERENCED HEREIN ONLY.

Dated: February 3, 2003

Respectfully Submitted,
LAW OFFICES OF JOHN VENTURA PC

By: _/s/ John Ventura_
John Ventura

State Bar No. 20545700
Ellen C. Stone
State Bar No. 19305000
62 E Price Rd.
Brownsville Texas 78520
(956) 546-9398
(956) 542-1478 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2003, a true and correct copy of the foregoing Notice of Initiation of Bankruptcy Case and Automatic Stay of Action was mailed via First Class Mail and Certified Mail R.R.R. to the following entities:

Certified Mail R.R.R. 7099 3220 0000 8240 7137
T. Mark Blakemore
Rentfro Faulk & Blakemore, L.L.P.
185 E. Ruben M. Torres Sr., Blvd.
Brownsville, Texas 78520-9136

_____
John Ventura
Ellen C. Stone