United States District Court
Southern District of Texas
FILED

APR 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A.<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-03-028 |
| | § | |
| CELINA CORPORATION,<br>ENRIQUETA H. BARRERA<br>and the F/V LUCILA ANN, her<br>engines, nets, tackle, apparel, and<br>furniture, etc., *in rem*,<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§ | <br><br><br>IN ADMIRALTY |

**NOTICE OF ASSIGNMENT OF LIEN CLAIM AND CONTINUATION OF ACTION FOLLOWING BANKRUPTCY DISCHARGE OF CODEFENDANT, ENRIQUETA BARRERA, GUARANTOR**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **NC TWO, LP**, successor to Wells Fargo Bank Texas, N.A., plaintiff in the above referenced action, and gives notice that the claim of lien for which Plaintiff seeks enforcement in this action against the vessel listed below was assigned to NC TWO, LP as recorded with the United States Coast Guard, National Vessel Documentation Center, a copy of the assignment described below being attached hereto as Exhibit A and incorporated herein by reference the same as if fully copied and set forth at length:

| Vessel Name: | Official #: | Lien Date: | Rec Date: | Book/Page | Lien Amt: | Nature of Lien: |
|---|---|---|---|---|---|---|
| Lucila Ann | 537958 | 05/25/88 | 9/22/2003 | 03-104/112 | $125,772.83 | Preferred Mortgage |

The name and address of the successor plaintiff is NC TWO, LP, Jerome Johnson, 4100 Greenbriar Suite 180, P O Box 1068, Stafford, Texas 77497-1068.

ENRIQUETA BARRERA is a personal guarantor of the debt secured by the lien who filed her Notice of Initiation of Bankruptcy Case and Automatic Stay of Action on February 4, 2003. She has now been discharged and this action may proceed *in personam* against the corporate owner that was not in bankruptcy and *in rem* against the vessel. The debt against the individual guarantor defendant, ENRIQUETA BARRERA, has been discharged and is no longer pursued in the instant case.

DATED this 23rd day of April, 2004.

Respectfully submitted,

_____
T. Mark Blakemore
SBN#: 02431800-Federal Admn. No. 1915
**ATTORNEY FOR PLAINTIFF—NC TWO, LP**

T. Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street, Sixth Floor
Brownsville, Texas 78520-5101
(956) 541-5900 – Tel.
(956) 541-5905 – Fax

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Assignment was delivered to all counsel and parties of record in the manner designated below on the 23rd day of April, 2004.

*via* **certified mail, return receipt requested #7003 0500 0003 2609 9604**
Law Offices of John Ventura, P.C.
62 E. Price Rd.
Brownsville, Texas 78520
Attorney for CoDefendant, Enriqueta Barrera

_____
T. Mark Blakemore

| | |
|---|---|
| After recording, please return to:<br><br>NC Two, L.P.<br>4100 Greenbriar, Suite 180<br>Stafford, Texas 77477 | This instrument prepared by:<br>Ann Bosman<br>NC Two, L.P.<br>4100 Greenbriar, Suite 180<br>Stafford, Texas 77477 |

## ASSIGNMENT OF MORTGAGE

THIS ASSIGNMENT OF MORTGAGE (this "Assignment") is made by **Wells Fargo Bank Texas, N.A.** ("Assignor"), whose address is 1800 West Highway 100, Port Isabel, Texas 78578, to **NC TWO, L.P.**, whose address is set forth above ("Assignee"), pursuant to the terms of that certain Loan Sale Agreement dated as of August 6, 2003 (the "Sale Agreement") between Assignor and Assignee.

THIS ASSIGNMENT WITNESSES THAT, in consideration of Ten Dollars ($10.00) and other good and valuable consideration paid by Assignee, Assignor hereby assigns, transfers, sets over and conveys, effective as of August 6, 2003, to Assignee and its successors and assigns, without recourse and without representation or warranty, whether express, implied or created by operation of law, except as expressly set forth in the Sale Agreement, the following:

1. all of it's 100% interest in that certain First Preferred Mortgage in favor of Wells Fargo Bank Texas, N.A. dated May 25, 1988, and recorded July 12, 1988 in the National Vessel Documentation Center USCG Book PM-172 page 199, as amended or modified (the "Mortgage"), which Mortgage secures that certain Wells Fargo Bank Texas, N.A. Note dated May 25, 1988 (the "Note") on the following vessel, Lucilla Ann, Official No. 537958.

2. such other documents, agreements, instruments, and other collateral that evidence, secure or otherwise relate to Assignor's right, title or interest in and to the Mortgage and/or the Note, including without limitation any hull and/or protection and indemnity policies, that might presently be in effect.

**IN WITNESS WHEREOF**, Assignor has caused this Assignment to be executed and delivered by its duly authorized agent as of the 15 day of September, 2003.

Wells Fargo Bank Texas, N.A., as Assignor

_David Canales_
David Canales, Assistant Vice President

NC TWO, L.P., as Assignee

_Brad A. Hrebenar_
Brad A. Hrebenar, Authorized Signatory

SEP 22 2003   2:12 PM
NATIONAL VESSEL DOCUMENTATION CENTER
RECORDED IN BOOK 03-104 PAGE/INST 112
_m. Jones_
DOCUMENTATION OFFICER

NATIONAL VESSEL DOCUMENTATION CENTER
U.S. COAST GUARD

I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE RECORDS OF THIS OFFICE

_Lorrie Miller_   4-16-04
DOCUMENTATION OFFICER   DATE

Exhibit A
Page 1 Of 2

## ACKNOWLEDGMENT

| STATE OF TEXAS | § |
| --- | --- |
| | § ss: |
| COUNTY OF BEXAR | § |

Before me, the undersigned, a Notary Public, on this day personally appeared <u>David Canales</u> who is personally known to me (or sufficiently proven) to be an Assistant Vice President of Wells Fargo Bank Texas, N.A., and that he as such Assistant Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as Assistant Vice President and did acknowledge the forgoing instrument to be the act and deed of said association.

Given under my hand and seal this __15__ day of __September__, 2003.

[SEAL] FRANCES MOLINA / MY COMMISSION EXPIRES / May 24, 2006

Notary Public  Frances Molina

My Commission Expires: 5-24-06

## ACKNOWLEDGMENT

| STATE OF TEXAS | § |
| --- | --- |
| | § ss: |
| COUNTY OF FORT BEND | § |

Before me, the undersigned, a Notary Public, on this day personally appeared <u>Brad A. Hrebenar</u> who is personally well known to me (or sufficiently proven) to be an Authorized Signatory of NC TWO, L.P., and that he as such Authorized Signatory, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as Authorized Signatory and did acknowledge the forgoing instrument to be the act and deed of said association.

Given under my hand and seal this __5th__ day of __September__, 2003.

Notary Public  Ora Fitzsimmons

[SEAL] ORA FITZSIMMONS / MY COMMISSION EXPIRES / FEBRUARY 1, 2006

My Commission Expires:

Exhibit __A__

Page __2__ Of __2__