IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Dist
Southern District
FILED
APR 2 3 20

Michael N. Mil
Clerk of Court

| | |
|---|---|
| **WELLS FARGO BANK TEXAS, N.A.** § <br> Plaintiff § <br> § <br> v. § <br> § <br> **NC TWO, LP,** § <br> **ENRIQUETA H. BARRERA** § <br> and the F/V LUCILA ANN, her § <br> engines, nets, tackle, apparel, and § <br> furniture, etc., *in rem*, § <br> Defendants § | CIVIL ACTION NO. B-03-028 <br><br><br> IN ADMIRALTY |

## AFFIDAVIT IN SUPPORT OF APPOINTING SUBSTITUTE CUSTODIAN

STATE OF TEXAS §
§
COUNTY OF CAMERON §

BEFORE ME, the undersigned Notary Public, on this day personally appeared T. MARK BLAKEMORE, attorney for **NC TWO, LP** who being by me duly sworn on his oath deposed and said:

I.

I am the attorney of record for the plaintiff **NC TWO, LP** in the above-entitled cause.

II.

In order to maintain the integrity of the Defendant Vessel, LUCILA ANN its hull, machinery, winches and equipment, during the pendency of this suit and to preserve at

all times the continuing jurisdiction of this Court, we file this affidavit in Support of Motion for Warrant of Maritime Arrest and for Appointment of Substitute Custodian.

III.

In order to fully present my case and ensure the integrity of Defendant Vessel, it will be in the best interests of all parties for the Court to appoint a Substitute Custodian and caretaker of the Defendant Vessel.

_____
T. Mark Blakemore

SUBSCRIBED AND SWORN TO BEFORE ME on the 23rd day of April, 2004, to certify which witness my hand and official seal.



_____
Notary Public, State of Texas