IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. § | | |
| Plaintiff § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-03-028 | |
| § | | |
| CELINA CORPORATION, § | | |
| ENRIQUETA H. BARRERA § | | |
| and the F/V LUCILA ANN, her § | | |
| engines, nets, tackle, apparel, and § | IN ADMIRALTY | |
| furniture, etc., *in rem*, § | | |
| Defendants § | | |

## ORDER (WARRANT OF MARITIME ARREST-F/V LUCILA ANN) AND APPOINTMENT OF SUBSTITUTE CUSTODIAN

The Court having considered the Plaintiff's Complaint, supporting affidavit and exhibits attached thereto and its Motion for an Order directing the United States District Clerk to issue a Warrant of Maritime Arrest pursuant to Rule C of the Federal Rules of Civil Procedure against the fishing trawler LUCILA ANN, finds that conditions for an action *in rem* appear to exist, the action being one of foreclosure and enforcement of maritime lien in accordance with 46 USC §31301 *et seq.*, and being of the opinion that the Motion should be granted, it is therefore

ORDERED that the United States District Clerk for the Southern District of Texas, Brownsville Division, issue a Warrant of Maritime Arrest against the fishing trawler LUCILA ANN, directing the United States Marshal to arrest the Defendant vessel on behalf of the Plaintiff; and it is further

ORDERED that a copy of this order be attached to and served with the said Warrant of Maritime Arrest; and it is further

ORDERED that MARINE SALVAGE & SERVICES, INC. of Port Isabel, Texas is hereby appointed Substitute Custodian and caretaker of the Defendant vessel, LUCILA ANN, which custodian shall, during the pendency of this suit maintain the integrity of the said vessel, her hull, machinery, winches and equipment, preserving at all times the continuing jurisdiction of this Court; and it is further

ORDERED that the U. S. Marshal for the Southern District of Texas shall release the Defendant vessel, LUCILA ANN, unto MARINE SALVAGE & SERVICES, INC. for safekeeping; and it is further

ORDERED that MARINE SALVAGE & SERVICES, INC. may move the vessel, if necessary; and it is further

ORDERED that in addition to notice by publication, notice of these proceedings be given to the owner, CELINA CORPORATION, c/o David Krummell, 1229 B. Hwy, (P.O. Box 211), Port Isabel, Texas 78578, and such notification is to be made by Plaintiff or its counsel, through the United States Marshal; and it is further

ORDERED that the Defendant vessel LUCILA ANN may be released from arrest without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from attorney who requested the arrest for Plaintiff, T. Mark Blakemore, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any intervenors, and they consent to the request for the release; and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

SIGNED at Brownsville, Texas on this 26 day of April, 2004.

_____
JUDGE PRESIDING