| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process By the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>NC TWO, LP | COURT CASE NUMBER<br>B-03-28 |
|---|---|
| DEFENDANT<br>Celina Corporation | TYPE OF PROCESS<br>Warrant of Arrest |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V Lucila Ann, her engines, nets, tackle, apparel, & furniture etc

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1229 B Hwy (PO Box 211), Port Isabel, Texas 78578

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T Mark Blakemore
Attorney, Counselor and Mediator
835 E. Levee Street 6th Floor
Brownsville, TX 78520-5101

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Coordinate arrest with Marine Salvage & Services, Inc. (William E. "Billy" Kenon), telephone 943-2648, the appointed Substitute Custodian.

Serve CELINA CORPORATION or person in charge of F/V LUCILA ANN at its offices located at Port Isabel, Texas.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (956) 541-5900
DATE: 4/30/2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5-6-04
Time: 13:51 pm

Signature of U.S. Marshal or Deputy: Jason [signature]

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | (including endeavors) | — | — | | | |

REMARKS:
2 Deputies 2hrs 45 miles Round trip. Unable to serve Vessel Abandoned for over 2yrs. Vessel turned over to Billy Kenon

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)