United States District Court
Southern District of Texas
FILED

AUG 1 2 2004

Michael N. Milby
Clerk of Court

14

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK TEXAS, N.A. § | | |
| Plaintiff § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-03-028 | |
| § | | |
| CELINA CORPORATION, ENRIQUETA § | | |
| H. BARRERA and the F/V LUCILA § | | |
| ANN, her engines, nets, tackle, § | IN ADMIRALTY | |
| apparel, and furniture, etc., *in rem*, § | | |
| Defendants § | | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on or about July 1, 2004 against **CELINA CORPORATION**, and **F/V LUCILA ANN, her engines, nets, tackle, apparel, and furniture, *etc.*, *in rem***, the Clerk is required to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $  150.00 |
| Fees for service of summons and subpoena | 231.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |

| | |
|---|---:|
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
|    Substitute Custodian Fee from May 6, 2004 through August 13, 2004 is $3,000.00 plus $250.00 seizure fee and $104.00 securing vessel fee | 3,354.00 |
|    Publication Fee-The Brownsville Herald Notice of Arrest—$76.00; Notice of Sale—$948.24 | 1,024.24 |
|    Insurance Fee @ $5.00 per day May-26 days, June-30 days, July-31 days, and August-20 days-Total: 107 days (estimated amount due, final amount to be determined by the US Marshals Service) | 535.00 |
| TOTAL | $5,294.24 |

SPEICAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to CELINA CORPORATION *via* **certified mail, return receipt requested #7003 3110 0004 2090 8934** as follows:

Law Offices of John Ventura, P.C.
62 E. Price Rd.
Brownsville, Texas 78520
Attorney for CoDefendant, Enriqueta Barrera as authorized representative of CELINA CORPORATION

T. MARK BLAKEMORE

For: **NC TWO LP**　　　　　　　　　　DATE: August 12, 2004

Costs are taxed in the amount of $5,294.24 and included in the judgment.

| MICHAEL N. MILBY | By: | |
|---|---|---|
| Clerk of Court | Deputy Clerk | Date |





**Mail Payment to:**

**PROFESSIONAL CIVIL PROCESS**

Corporate Headquarters
P.O. Box 342467 • Austin, Texas 78734-0042
"A Full Legal Support Company"

**Bill To:**
Blakemore, Thomas Mark
835 E. Levee St. 5th Floor
Brownsville TX 78520
Mrs Virginia Gill

Phone #: (956) 541-5900
Fax#: (956) 541-5905    *Please detach and return with payment*

## INVOICE

Page:

| Invoice Date | Invoice No. |
|---|---|
| 08/03/04 | 3018 |
| R0103 169 | B-03-028 |
|  | .00 |

"We Accept American Express, Visa & Mastercard"

Over Due Accounts Subject to Interest Charge of 1.5% a Month

*Invoice is due upon receipt of Invoice. No discounts allowed on this invoice unless you have been approved for monthly Billing.*

| Service To: / Description | Service Fee | Witness Fee | Additional Charges | Amount |
|---|---|---|---|---|
| Celina Corporation<br>David Krummel, Registered Agent<br><br>1229 B Highway 100 Port Isabel, TX 78578<br><br>DATE SERVED: 01/30/03  TIME: 13:50:00  Clt Ref#<br><br>WELLS FARGO BANK TEXAS, N.A. vs.<br>CELINA CORPORATION, ENRIQUETA BARRERA AND THE F/V LUCILA ANN, |  |  | ADD'L PAPER | 45.00<br><br>45.00 |



**Professional Civil Process**
www.pcpusa.net
Toll Free: 800-950-7493

Corporate Headquarters
P.O. Box 342467
Austin, Texas 78734-0042

Tax I.D. # 76-0068034

jackiem

| | | |
|---|---|---|
| 08/03/04 | Sub Total: | 45.00 |
| R0103 169 | Amount Paid: | 45.00 |
|  | Balance Due: | .00 |
|  | Refund: | |

Mail Payment to:



**P**ROFESSIONAL
**C**IVIL
**P**ROCESS

**Corporate Headquarters**
P.O. Box 342467 • Austin, Texas 78734-0042
"A Full Legal Support Company"

**INVOICE**

Page:

Invoice Date.
...unless you have been approved for monthly Billing.

| 08/03/04 | 3018 |
|---|---|
| R0103 170 | B-03-028 |

Bill To:
Blakemore, Thomas Mark
835 E. Levee St. 5th Floor
Brownsville TX 78520
Mrs Virginia Gill

.00

"We Accept American Express, Visa & Mastercard"

Phone #: (956) 541-5900
Fax#: (956) 541-5905   *Please detach and return with payment*

Over Due Accounts Subject to Interest Charge of 1.5% a Month

| Service To: / Description | Service Fee | Witness Fee | Additional Charges | Amount |
|---|---|---|---|---|
| Barrera, Enriqueta | | | ADD'L PAPER | 45.00 |
| | | | LATE CHARGE | 6.00 |
| 1213 Highway 100 Laguna Heights TX 78578 | | | | |
| DATE SERVED: 01/30/03 TIME: 14:20:00 Clt Ref# | | | | |
| WELLS FARGO BANK TEXAS, N.A. vs. | | | | |
| CELINA CORPORATION, ENRIQUETA BARRERA AND THE F/V LUCILA ANN, | | | | 51.00 |



**Professional Civil Process**
www.pcpusa.net
Toll Free: 800-950-7493

Corporate Headquarters
P.O. Box 342467
Austin, Texas 78734-0042

Tax I.D. # 76-0068034

jackiem

08/03/04

R0103 170

| Sub Total: | 51.00 |
|---|---|
| Amount Paid: | 51.00 |
| Balance Due: | .00 |
| Refund: | |

Aug 3 2004 13:48   P.07

# M<small>ARINE</small> S<small>ALVAGE</small> & S<small>ERVICES</small>, inc.

P.O. Box 416 Port Isabel, Texas 78578
Tel. 956-943-2648   956-943-5041   Fax 956-943-4516

August 11, 2004

NC Two, LP
c/o T. Mark Blakemore, Attorney,
Counselor and Mediator
835 East Levy Street, 6th Floor
Brownsville, Texas 78520

Re: Vessel M/V Lucila Ann

INVOICE #081104RNL III

Per authorization from United States Marshal's Office, seized M/V Lucila Ann:

Seizure of one boat @ $250.00 .................................................$ 250.00

Securing and pumping of vessel:
  2 Laborers - 2 hr. @ $26.00 per hr..................................$ 104.00

Storage of one vessel from May 6, 2004 through August 13, 2004:
  100 days @ $30.00 per day ........................................$3,000.00

            FINAL TOTAL....................$3,354.00

Bill due and payable upon receipt.

Your business is appreciated.

NOTE: WE RESERVE THE RIGHT TO CHARGE INTEREST AT THE
      HIGHEST LEGAL RATE ON CHARGES NOT PAID WITHIN
      30 DAYS OF THE BILLING DATE.





MARINE SALVAGE   POLLUTION CONTROL   MARINE CONSTRUCTION   DIVING   REPAIRS

# The Herald · ElNuevoHeraldo

Page 1
The Brownsville Herald
1135 E. Van Buren
Brownsville, TX 78520
(956) 542-4301
TAX ID 74-1157766

**ACCOUNT NO.** 4745  **BALANCE DUE** $3,792.96  **CHECK NO.** _____

**MKT. CONSULTANT** Alma Barrera  **DEPARTMENT** LG  **AMOUNT PAID** _____

U.S. MARSHALL-LEGALS
ATTN: ROBERT CERVANTES
600 E. HARRISON RM. 1032
BROWSNVILLE, TX 78521-0000

## Advertising Invoice

| INVOICE DATE | INVOICE NO. |
|---|---|
| 8/12/04 | 4745-0804 |

TO ASSURE PROPER CREDIT - PLEASE RETURN TOP PORTION WITH REMITTANCE - ENTER ACCOUNT NUMBER ON YOUR CHECK

| ACCOUNT NUMBER | CURRENT | PAST DUE 31 | PAST DUE 61 | PAST DUE 91-OVER |
|---|---|---|---|---|
| 4745 | $2,844.72 | $948.24 | $0.00 | $0.00 |

| DATE | REF | DESCRIPTION | | UNITS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/04 | AGING | * BALANCE FORWARD * | | | | 1,176.24 |
| 08/06/04 | 860429 | LG PAYMNT-THANK YOU! | | | | 76.00- |
| 08/06/04 | 860430 | LG PAYMNT-THANK YOU! | | | | 76.00- |
| 08/06/04 | 860431 | LG PAYMNT-THANK YOU! | | | | 76.00- |
| 08/07/04 | 261444 | LEGALS<br>F/V LUCILA ANN | | 24.00 | 9.500 | 228.00 |
| 08/07/04 | 261445 | LEGALS<br>F/V WILLIE B. | | 24.00 | 9.500 | 228.00 |
| 08/07/04 | 261446 | LEGALS<br>F/V JULIE MARIE | | 24.00 | 9.500 | 228.00 |
| 08/08/04 | 261444 | LEGALS<br>F/V LUCILA ANN | SUN | 24.00 | 11.010 | 264.24 |
| 08/08/04 | 261445 | LEGALS<br>F/V WILLIE B. | SUN | 24.00 | 11.010 | 264.24 |
| 08/08/04 | 261446 | LEGALS<br>F/V JULIE MARIE | SUN | 24.00 | 11.010 | 264.24 |
| 08/10/04 | 261444 | LEGALS<br>F/V LUCILA ANN | | 24.00 | 9.500 | 228.00 |
| 08/10/04 | 261445 | LEGALS<br>F/V WILLIE B. | | 24.00 | 9.500 | 228.00 |
| 08/10/04 | 261446 | LEGALS<br>F/V JULIE MARIE | | 24.00 | 9.500 | 228.00 |
| 08/11/04 | 261444 | LEGALS<br>F/V LUCILA ANN | | 24.00 | 9.500 | 228.00 |

| PREVIOUS BALANCE | NEW CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|
| $1,176.24 | $2,844.72 | $228.00 | $3,792.96 |

**REMIT TO:** THE BROWNSVILLE HERALD
BUSINESS OFFICE
1135 E. VAN BUREN
BROWNSVILLE, TX 78520

TEARS

This statement is due upon receipt, all payments received after the 25th of the month will not be reflected on this statement.

*THANK YOU!*

Received Time Aug.12. 3:28PM

# The Herald  ElNuevoHeraldo

The Brownsville Herald
1135 E. Van Buren
Brownsville, TX 78520
(956) 542-4301
TAX ID 74-1157766

**ACCOUNT NO.** 4745  **BALANCE DUE** $3,792.96  **CHECK NO.**
**MKT. CONSULTANT** Alma Barrera  **DEPARTMENT** LG  **AMOUNT PAID**

U.S. MARSHALL-LEGALS
ATTN: ROBERT CERVANTES
600 E. HARRISON RM. 1032
BROWNSVILLE, TX 78521-0000

## Advertising Invoice

| INVOICE DATE | INVOICE NO. |
|---|---|
| 8/12/04 | 4745-0804 |

TO ASSURE PROPER CREDIT - PLEASE RETURN TOP PORTION WITH REMITTANCE - ENTER ACCOUNT NUMBER ON YOUR CHECK

| ACCOUNT NUMBER | CURRENT | | | PAST DUE 91-OVER |
|---|---|---|---|---|
| 4745 | $2,844.72 | $948.24 | $0.00 | $0.00 |

| DATE | | | | | | |
|---|---|---|---|---|---|---|
| 08/11/04 | 261445 | LEGALS | | 24.00 | 9.500 | 228.00 |
| | | F/N WILLIE B. | | | | |
| 08/11/04 | 261446 | LEGALS | | 24.00 | 9.500 | 228.00 |
| | | F/N JULIE MARIE | | | | |

| PREVIOUS BAL | | | BALANCE |
|---|---|---|---|
| $1,176.24 | $2,844.72 | $228.00 | $3,792.96 |

**REMIT TO:** THE BROWNSVILLE HERALD
BUSINESS OFFICE
1135 E. VAN BUREN
BROWNSVILLE, TX 78520

TEARS

This statement is due upon receipt, all payments received after the 25th of the month will not be reflected on this statement.

*THANK YOU!*

Received Time Aug.12. 3:28PM

# The Brownsville Herald

P.O. BOX 351 • 1135 E. VAN BUREN
BROWNSVILLE, TEXAS 78520
TEL: 956-542-4301
FED. ID# 74 1157766

**ADVERTISING INVOICE AND STATEMENT**

| BILLING PERIOD | ADVERTISER / CLIENT NAME |
|---|---|
| 5/31/2004 | U.S. MARSHALL-LEGALS |

| TOTAL AMOUNT DUE | UNAPPLIED AMOUNT | TERMS OF PAYMENT |
|---|---|---|
| $304.00 | | DUE UPON RECEIPT |

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 304.00 | 0.00 | 0.00 | 0.00 |

| PAGE # | BILLING DATE |
|---|---|
| 1 | 5/31/2004 |

**BILLED ACCOUNT NUMBER:** 4745

**ADVERTISER / CLIENT NUMBER**
REP 024:
Alma Barrera

**BILLED ACCOUNT NAME AND ADDRESS**
U.S. MARSHALL-LEGALS
ATTN: ROBERT CERVANTES
600 E. HARRISON RM. 1032
BROWSNVILLE TX 78521 0000

**REMITTANCE ADDRESS**
The Brownsville Herald
P.O. BOX 351 • 1135 E. VAN BUREN
BROWNSVILLE, TEXAS 78520

**PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE**

| DATE | NEWSPAPER REF. | DESCRIPTION - OTHER COMMENTS / CHARGES | SAU SIZE / BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05/03/04 | 253423 | LEGALS<br>UNITED STATES OF AMERICA | 8.00 | 9.500 | | 76.00 |
| 05/17/04 | 256257 | LEGALS<br>JULIE MARIE | 8.00 | 9.500 | | 76.00 |
| 05/17/04 | 256258 | LEGALS<br>WILLIE B. | 8.00 | 9.500 | | 76.00 |
| 05/17/04 | 256259 | LEGALS<br>LUCILA ANN | 8.00 | 9.500 | | 76.00 |

\* PLEASE PAY BY 6/15/2004 \*

**STATEMENT OF ACCOUNT** AGING OF PAST DUE ACCOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | UNAPPLIED AMOUNT | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 304.00 | 0.00 | 0.00 | 0.00 | | $304.00 |

# The Brownsville Herald

P.O. BOX 351 • 1135 E. VAN BUREN • BROWNSVILLE, TEXAS 78520
TEL: 956-542-4301  FED. ID# 74 1157766

\*UNAPPLIED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT DUE

**TEARS**

| BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER / CLIENT NUMBER | ADVERTISER / CLIENT NAME |
|---|---|---|---|
| 5/31/2004 | 4745 | | U.S. MARSHALL-LEGALS |

Received Time Aug.12. 3:32PM