

United States District Court
Southern District of Texas
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK TEXAS, N.A.** § | | |
| **Plaintiff** § | | |
| § | | |
| **v.** § | **CIVIL ACTION NO. B-03-028** | |
| § | | |
| **CELINA CORPORATION., ENRIQUETA**§ | | |
| **H. BARRERA and the F/V LUCILA** § | | |
| **ANN her engines, nets, tackle,** § | **IN ADMIRALTY** | |
| **apparel, and furniture, etc.,** *in rem*, § | | |
| **Defendants** § | | |

## MOTION TO CONFIRM SALE OF F/V LUCILA ANN

COMES NOW NC TWO, LP, Plaintiff and successor–in-interest to Wells Fargo Bank Texas, NA, by its attorneys, and moves the Court for an Order confirming sale by the United States Marshal for this District of the defendant F/V LUCILA ANN to NC TWO, LP, and respectfully shows to the Court as follows:

That on July 20, 2004, this Court duly entered a Judgment in this proceeding that ordered the defendant F/V LUCILA ANN be sold in execution by the United States Marshal. That pursuant to said order, a notice of sale was published in a manner prescribed by law for a period of four days.

That the sale of said vessel was duly and regularly conducted by the United States Marshal for this District on August 13, 2004 in Room 104 of the United States Courthouse at 600 East Harrison Street, Brownsville, Texas at 10:00 o'clock a.m. All bidders registered with the Marshal before the sale. There were three bidders and the highest bid was $12,000.00. NC TWO, LP, the Judgment Plaintiff and successful

bidder, was not required to deposit funds as the amount of its bid, less costs of sale, will

be credited against the judgment.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that:

1.    the sale of the defendant vessel be confirmed;

2.    the judgment amount be offset by $12,000.00 less costs of the sale;

3.    that the Marshal release and deliver the defendant vessel to NC TWO, LP;

4.    the Clerk deliver a certified copy of the Order Confirming Sale and Bill of

Costs to the U.S. Marshal within three business days after the entry of this

order;

5.    the Marshal execute and deliver a bill of sale for F/V LUCILA ANN to NC

TWO, LP extinguishing all prior liens and encumbrances within five

business days after the entry of this order; and

6.    the Marshal otherwise follow the orders contained in the Judgment of the

Court dated July 20, 2004.

SIGNED on the 13th day of August, 2004.

Respectfully submitted,

T. MARK BLAKEMORE
SBN: 02431800
Federal Admn. No. 1915

ATTORNEY FOR PLAINTIFF

T. MARK BLAKEMORE
Attorney, Counselor and Mediator
835 E. Levee St., 6th Floor
Brownsville, TX 78520-5101
(956) 541-5900-telephone
(956) 541-5905-facsimile
E-mail: tmblakemore@tmb-atty.com